**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DWIGHT ROGER McDOWELL,**
        **Plaintiff,**

-vs-                                         Case No. 6:05-cv-1671-Orl-19KRS

**YOLANDA LOPEZ, a/k/a Yolanda Negron,**
**YOLANDA REALTY, INC.,**
        **Defendants.**
_____

## ORDER

This cause came on for consideration by the Court *sua sponte*. Yolanda Lopez filed an answer on behalf of herself and Defendant Yolanda Realty, Inc. Doc. No. 11. Under the rules of this Court, only an attorney who is a member of the bar of the Court may represent a corporation. M.D. Fla. L.R. 2.03(d). It does not appear that Ms. Lopez is a member of the bar of the Court. Therefore, she may not represent Yolanda Realty, Inc.

It is, therefore, **ORDERED** that Yolanda Realty, Inc. shall retain an attorney to enter an appearance and file an answer on its behalf on or before January 16, 2006. Failure to do so may result in the answer being stricken as to Yolanda Realty, Inc.

**DONE** and **ORDERED** in Orlando, Florida on December 29, 2005.

                                                      *Karla R. Spaulding*
                                                     KARLA R. SPAULDING
                                           UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties