# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DWIGHT ROGER McDOWELL,**
        **Plaintiff,**

-vs-                                                            Case No. 6:05-cv-1671-Orl-19KRS

**YOLANDA LOPEZ, a/k/a Yolanda Negron,**
**YOLANDA REALTY, INC.,**
        **Defendants.**
_____

## ORDER

    This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **PLAINTIFF'S PETITION TO THE COURT TO ORDER DEFENDANT YOLANDO LOPEZ AKA YOLANDA NEGRON TO COMPLY WITH THE CASE MANAGEMENT CONFERENCE (Doc. No. 21)**
>
> **FILED:**     December 27, 2005
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

    Because Anthony Suarez, Esq., has entered an appearance on behalf of Defendants Yolanda Lopez and Yolanda Realty, Inc., plaintiffs should make arrangements with Mr. Suarez to conduct the case management.

    **DONE** and **ORDERED** in Orlando, Florida on January 16, 2006.

                                        *Karla R. Spaulding*
                                        KARLA R. SPAULDING
                                  UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties