**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DWIGHT ROGER McDOWELL,**
         **Plaintiff,**

-vs-                                            Case No. 6:05-cv-1671-Orl-19KRS

**YOLANDA LOPEZ, a/k/a Yolanda Negron,**
**YOLANDA REALTY, INC.,**
         **Defendants.**
_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** PLAINTIFF'S PETITION FOR THE INHERENT AUTHORITY OF THIS COURT TO INTERVENE IN ISSUES THAT PLAINTIFFS CANNOT RESOLVE AS A RESULT THAT DEFENDANTS' COUNSEL REFUSES TO BE CONTACTED BY PLAINTIFFS (Doc. No. 35)
>
> **FILED:** January 27, 2006
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

All of the issues raised in the present motion may be considered at the preliminary pretrial conference scheduled for February 9, 2006. *See* Doc. No. 34.

**DONE** and **ORDERED** in Orlando, Florida on January 30, 2006.

                                              *Karla R. Spaulding*
                                              KARLA R. SPAULDING
                                              UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties